# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 25, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144683

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                          SC: 144683
                          COA: 301614
CHRISTOPHER JAMES PFEIFFER,      Saginaw CC: 08-031729-FH
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the January 10, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2012

                                      Clerk

d0618